IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02860-RPM-MEH

TRUSTEES OF THE PIPE INDUSTRY HEALTH AND WELFARE FUND OF COLORADO,
TRUSTEES OF THE COLORADO PIPE INDUSTRY ANNUITY AND SALARY DEFERRAL
    TRUST FUND,
TRUSTEES OF THE DENVER PIPE INDUSTRY VACATION FUND,
DENVER PLUMBERS JOINT APPRENTICESHIP AND TRAINING FUND,
DENVER PIPEFITTERS JOINT APPRENTICESHIP AND TRAINING FUND,
MECHANICAL CONTRACTORS ASSOCIATION OF NORTHERN COLORADO,
PLUMBERS LOCAL UNION NO 3, UNITED ASSOCIATION OF JOURNEYMEN AND
    APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED
    STATES AND CANADA, and,
PIPFITTERS LOCAL UNION NO. 208, UNITED ASSOCIATION OF JOURNEYMEN AND
    APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED
    STATES AND CANADA,

    Plaintiffs,

v.

HURST & BURR MECHANICAL, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2010.**

    Defendant's Unopposed Motion to Set Aside Entry of Default and for Extension of Time to File its Answer ... [filed February 16, 2010; docket #16] is **granted**.  The Clerk's Entry of Default issued February 11, 2010, is set aside.  Defendant shall file an answer or other response to the Complaint **on or before March 8, 2010**.