IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02860-RPM-MEH

TRUSTEES OF THE PIPE INDUSTRY HEALTH AND WELFARE FUND OF COLORADO,
TRUSTEES OF THE COLORADO PIPE INDUSTRY ANNUITY AND SALARY DEFERRAL
    TRUST FUND,
TRUSTEES OF THE DENVER PIPE INDUSTRY VACATION FUND,
DENVER PLUMBERS JOINT APPRENTICESHIP AND TRAINING FUND,
DENVER PIPEFITTERS JOINT APPRENTICESHIP AND TRAINING FUND,
MECHANICAL CONTRACTORS ASSOCIATION OF NORTHERN COLORADO,
PLUMBERS LOCAL UNION NO 3, UNITED ASSOCIATION OF JOURNEYMEN AND
    APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED
    STATES AND CANADA, and,
PIPFITTERS LOCAL UNION NO. 208, UNITED ASSOCIATION OF JOURNEYMEN AND
    APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED
    STATES AND CANADA,

    Plaintiffs,
v.

HURST & BURR MECHANICAL, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2010.**

Defendant's Unopposed Motion to Vacate and Reschedule Scheduling Conference [filed February 17, 2010; docket #18] is **granted**. The Scheduling Conference set in this case for February 23, 2010, is **vacated** and **rescheduled** for **March 15, 2010**, at **9:45 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling conferences by telephone, if the original signed copy of the appropriate proposed scheduling order has been submitted. Counsel are to arrange appearance by telephone with my Chambers by calling (303) 844-4507.

It is further ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f), as amended, on or before **March 5, 2010**. Pursuant to Fed. R. Civ. P. 26(d), as amended, no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the district judge in this case.

The parties shall submit their proposed scheduling order, pursuant to District of Colorado

Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the scheduling conference. The proposed Scheduling Order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed scheduling order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the Scheduling/Planning conference.

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.