IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 09-cv-02860-RPM

TRUSTEES OF THE PIPE INDUSTRY HEALTH AND WELFARE FUND OF COLORADO,
an express trust;
TRUSTEES OF THE COLORADO PIPE INDUSTRY ANNUITY AND SALARY DEFERRAL
TRUST FUND, an express trust;
TRUSTEES OF THE DENVER PIPE INDUSTRY VACATION FUND, an express trust;
DENVER PLUMBERS JOINT APPRENTICESHIP AND TRAINING FUND, an express trust;
DENVER PIPEFITTERS JOINT APPRENTICESHIP AND TRAINING FUND, an expresstrust;
MECHANICAL CONTRACTORS ASSOCIATION OF NORTHERN COLORADO, formerly
known as CONTRACT ADMINISTRATION FUND OF NORTHEASTERN COLORADO, a
Colorado corporation;
PLUMBERS LOCAL UNION NO. 3, UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED
STATES AND CANADA, an unincorporated association, and
PIPEFITTERS LOCAL UNION NO. 208, UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED
STATES AND CANADA, an unincorporated association,

    Plaintiffs,
v.

HURST & BURR MECHANICAL, INC., a Colorado corporation,

    Defendant.
_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal without Prejudice [37], it is

ORDERED that this action is dismissed without prejudice, each party to pay their own costs and attorneys fees, except as set forth in the Settlement Agreement between the parties.

DATED: May 14th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge